# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Samuels    v.    TriVascular Corporation

No. 16-1490

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: Dr. Shaun L. W. Samuels
                              Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☒ Petitioner or appellant    ☐ Respondent or appellee

Name: James D. Petruzzi
Law Firm: The Petruzzi Law Firm
Address: 4900 Woodway, Suite 745
City, State and Zip: Houston, Texas 77056
Telephone: 713-840-9993
Fax #: 713-877-9100
E-mail address: JDPetruzzi@gmail.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 09-11-1995

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 01-25-2016    Signature of pro se or counsel /s/ James D. Petruzzi

cc: counsel of record

Reset Fields

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on January 25, 2016 by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| | |
|---|---|
| James D. Petruzzi | /s/ James D. Petruzzi |
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | The Petruzzi Law Firm |
| Address | 4900 Woodway, Suite 745 |
| City, State, Zip | Houston, Texas 77056 |
| Telephone Number | 713-840-9993 |
| Fax Number | 713-877-9100 |
| E-Mail Address | JDPetruzzi@gmail.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields